IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ANTONIO SIMMONS,

    Plaintiff,

v.

STANLEY WILLIAMS, Warden; JAMES DEAL, Deputy Warden of Security; WAYNE JOHNSON, Deputy Warden of Care and Treatment; ERIC SMOKES, Unit Manager; JOHNNY DAVIS, Lieutenant; RONNIE BYNUM, Lieutenant and DHO; CURTIS WHITFIELD, Sergeant of CERT Team; ANTONIO ABALOS, C.O. II of CERT Team; JOHNATHAN SANTIAGO, C.O. II of CERT Team; ZECHARIAH JONES, C.O. II of CERT Team; GRIFFIN, C.O. II of CERT Team; and ANDREW MCFARLANE, Captain,

    Defendants.

CIVIL ACTION NO.: CV614-111

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 9), to which no Objections have been filed. Plaintiff's official capacity claims against all Defendants, sexual abuse claims, stand-alone verbal threats claims, substantive due process claims, deprivation of property claim, and monetary damages claims pursuant to the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc-1, *et seq.*, against Defendants Curtis Whitfield, Johnathan Santiago, Antonio Abalos, and FNU Griffin are **DISMISSED**. Plaintiff's request for the issuance of a preliminary injunction is **DENIED** at this time. Plaintiff's claims remain pending

against the following Defendants: Bynum (procedural due process and retaliation); Whitfield, Abalos, and Santiago (excessive force, deliberate indifference, retaliation, religion claims, and Fourth Amendment); Williams, Deal, McFarlane, and Smokes (excessive force, deliberate indifference), Griffin (deliberate indifference and religion claims); Davis (retaliation and religion claims); Jones (retaliation); and Johnson (excessive force and retaliation).

The parties are reminded to follow the directives set forth in the Magistrate Judge's Order dated April 29, 2015. (Doc. 9.)

**SO ORDERED**, this 1ST day of June, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA