IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ANTONIO SIMMONS,

    Plaintiff,

v.

WARDEN STANLEY WILLIAMS, et al.,

    Defendant.

CIVIL ACTION NO.: 6:14-cv-111

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 101), to which the parties did not file Objections. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court.

The Court **DENIES** the portion of Defendants' Motion to Dismiss, or in the Alternative, Motion to Compel and to Extend the Discovery Period seeking dismissal of Plaintiff's Complaint. (Doc. 100.) As noted by the Magistrate Judge, Defendants may file a renewed motion to dismiss in the event Plaintiff fails to appear at his next scheduled deposition or otherwise fails to fulfill his discovery obligations in good faith.

**SO ORDERED**, this 6th day of March, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA